AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC PM 12:4
RECEIVED MAR 26 '24

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00111 |
|  | ) Assigned To : Judge Moxila A. Upadhyaya |
| DANIEL MELZINE KINGERY | ) Assign. Date : 3/25/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| *Defendant* |  |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DANIEL MELZINE KINGERY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 401(1) - Contempt of Court

Date:  03/25/2024

*Issuing officer's signature*

City and state:   Washington, DC

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/26/2024, and the person was arrested on *(date)* 5/23/2024
at *(city and state)* Washington, DC

Date: 5/23/2024

*Arresting officer's signature*

CEStrada, DUSM
*Printed name and title*